UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN SHANAWAZ,
                        Plaintiff,

-v-

INTELLIPHARMACEUTICALS
INTERNATIONAL INC. *et al.*,
                        Defendants.

17-CV-5761 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The motion for class certification at Docket Number 47 is denied as moot, without prejudice to renewal, in light of the motion at Docket Number 56 for approval of the class settlement and certification of a settlement class. The Clerk of Court is directed to close the motion at Docket Number 47.

    SO ORDERED.

Dated: February 12, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge