**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
Craig J. Geraci, Jr.
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Fax: (504) 455-1498
lewis.kahn@ksfcounsel.com
craig.geraci@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs
and the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAWN SHANAWAZ, Individually and On Behalf of All Others Similarly Situated,  Plaintiff,  vs.  INTELLIPHARMACEUTICS INTERNATIONAL INC., ISA ODIDI and DOMENIC DELLA PENNA,  Defendants. | Case No. 1:17-cv-05761  HON. J. PAUL OETKEN |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND AWARD TO LEAD PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVE**

TO:     ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on December 4, 2020, at 12:00 p.m., before the Honorable J. Paul Oetken, United States District Judge, Lead Plaintiffs David Ducharme, Sam Snyder, and Julia Ann Snyder ("Lead Plaintiffs"), as well as proposed Class Representative Vianey Manriquez, by and through their undersigned counsel, will and hereby move for an order: (i) awarding attorneys' fees in the amount of 30% of the Settlement Fund; and (ii) reimbursing Lead Counsel for litigation expenses in the amount of $110,000, which amount includes awards of $3,000 each to Lead Plaintiffs David Ducharme and Sam Snyder and $1,000 to Vianey Manriquez. Lead Plaintiffs' motion is based upon the Memorandum of Law in Support of Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and Award to Lead Plaintiffs and Proposed Class Representative, the declarations and exhibits submitted in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on Lead Plaintiffs' motion.

DATED: November 20, 2020              Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

/s/ Kim E. Miller
Kim E. Miller
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
Craig J. Geraci, Jr.
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Phone: (504) 455-1400
Facsimile: (504) 455-1498

        lewis.kahn@ksfcounsel.com
        craig.geraci@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I filed the foregoing upon all counsel of record by using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF).

        */s/ Kim E. Miller*
        Kim E. Miller